No. 722. WEIL ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE. January 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Marion Smith* and *Bertram S. Boley* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *Bernard Chertcoff* for respondent.

No. 728. BUSCAGLIA, TREASURER OF PUERTO RICO, ET AL. *v.* DISTRICT COURT OF SAN JUAN ET AL. January 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Solicitor General Fahy* for petitioners.

No. 672. INTERNATIONAL CARRIER-CALL & TELEVISION CORP. *v.* RADIO CORPORATION OF AMERICA. January 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350. *Mr. George Coffing Warner* for petitioner. *Mr. Fred J. Knauer* for respondent.

No. 586. BRADLEY *v.* BRADLEY ET AL. January 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Annie Mae Bradley, pro se. Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Wilbur C. Pickett* and *Fendall Marbury* for the United States, and *Mr. Edward M. Box* for Bradley, respondents.